Vacated
and Remanded and Memorandum Opinion filed February 1, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01217-CV

____________

 

THE UNITED KOREAN CHURCH OF HOUSTON, INC., Appellant

 

V.

 

SEUNG HUN YEOU, ET. AL., Appellees

 



On Appeal from the 55th District Court

Harris County, Texas

Trial Court Cause No. 2010-54507



 

MEMORANDUM
OPINION

This is an appeal from a
judgment signed November 18, 2010.

On January 3, 2011, the parties filed a copy of a mediation
settlement agreement in which they agreed that “all parties will dismiss all
claims with prejudice and will mutually release all claims that were or could
have been made in this action.”

Accordingly, we vacate the judgment signed November 18, 2010,
and remand the cause to the trial court for rendition of judgment in accordance
with the parties’ agreement.  See Tex. R. App. P. 42.1(2).

PER CURIAM

Panel consists of Chief Justice
Hedges and Justices Frost and Christopher.